1  MELINDA HAAG (CABN 132612)
United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
4  450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
5  Telephone:    (415) 436-6475
Facsimile:    (415) 436-7009
6  Email: michael.pitman@usdoj.gov

7  Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  Thomas R. Keane & Susan D. Keane,          Case No. 3:13-cv-05712-MEJ

12        Plaintiffs,                          STIPULATION EXTENDING TIME TO
                                               ANSWER OR OTHERWISE RESPOND
13        v.                                   AND CONTINUING CASE
                                               MANAGEMENT CONFERENCE AND
14  United State of America,                   [PROPOSED] ORDER   (Corrects CMC Continued Date)
                                                AMENDED
15        Defendant.

16

17        IT IS HEREBY STIPULATED by and between Defendant the United States of America

18  ("United States") and Plaintiffs Thomas R. Keane and Susan D. Keane ("Plaintiffs"), by and

19  through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2,

20  that good cause exists and the parties request that the Court continue both the date for the United

21  States to answer or otherwise respond to Plaintiffs' Complaint, and the Case Management

22  Conference currently scheduled for March 13, 2014, by approximately 30 days, and state as

23  follows in support:

24        Plaintiffs commenced the instant action on or about December 10, 2013.  Upon learning

1   of the Complaint, the Department of Justice contacted the Internal Revenue Service's Office of

2   Chief Counsel and requested the administrative file associated with this case.  The Office of

3   Chief Counsel has yet to provide a copy of the administrative file to the Department of Justice.

4   Without the administrative file, counsel for the United States is unable to prepare an adequate

5   response to the Complaint.

6          Accordingly, the parties hereby stipulate that the United States shall have until March 7,

7   2014, to answer or otherwise respond to Plaintiffs' Complaint, and also that the Case

8   Management Conference currently scheduled for March 13, 2014, be continued until April 12,

9   2014 at 10:00 am.  The requested extension is not being made for purposes of delay, but to allow

10  for a review of the relevant administrative materials.  No party has obtained any previous

11  extensions in this matter.

12

13  Respectfully submitted this 31st day of January, 2014,

14                                                          MELINDA HAAG
                                                            United States Attorney

15

        s/ Stephen J. Turanchik                            s/ Michael G. Pitman
16      STEPHEN J. TURANCHIK                                MICHAEL G. PITMAN
        Paul Hastings LLP                                  Assistant United States Attorney, Tax Division
17      515 S, Flower Street                               450 Golden Gate Ave., Box 36055
        Los Angeles, CA 90071                              San Francisco, CA 94102
18      213-683-6187                                       Telephone:  (415) 436-6475
        Fax: 213-996-3187                                  Facsimile:   (415) 436-7009
19      Email:                                             Email:      michael.pitman@usdoj.gov
        stephenturanchik@paulhastings.com
20                                                         Attorneys for the United States of America

        Attorneys for Thomas R. Keane
21      and Susan D. Keane

22

23

24

1                                  [PROPOSED] ORDER

2          Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that

3    the United States of America shall have until March 7, 2014, to answer or otherwise respond to

4    Plaintiffs' Complaint.

5          It is further ORDERED that the Case Management Conference currently scheduled for

6    March 13, 2014 is continued until April 12 [10], 2014 at 10:00 am.

7

8    SO ORDERED this __3rd__ day of _____February_____, 2014.

9

10                                          _____
                                            THE HONORABLE MARIA-ELENA JAMES
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24