1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
5  Telephone:    (415) 436-6475
   Facsimile:    (415) 436-7009
6  Email: michael.pitman@usdoj.gov

7  Attorneys for the United States of America

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 | Thomas R. Keane & Susan D. Keane,          | Case No. 3:13-cv-05712-MEJ
12 |     Plaintiffs,                            | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
13 |     v.                                    |
14 | United State of America,                   |
15 |     Defendant.                             |

16

17        IT IS HEREBY STIPULATED by and between Defendant the United States of America

18 ("United States") and Plaintiffs Thomas R. Keane and Susan D. Keane ("Plaintiffs"), by and

19 through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2,

20 that good cause exists and the parties request that the Court continue both the date for the United

21 States to answer or otherwise respond to Plaintiffs' Complaint, and the Case Management

22 Conference currently scheduled for April 24, 2014, by approximately 60 days, and state as

23 follows in support:

24        Plaintiffs commenced the instant action on or about December 10, 2013.  The parties are

1  currently working to resolve the case without the Court's involvement, and anticipate that a

2  resolution will be reached that will result in dismissal of the Complaint.

3        Accordingly, the parties hereby stipulate that the United States shall have until May 23,

4  2014, to answer or otherwise respond to Plaintiffs' Complaint, and also that the Case

5  Management Conference currently scheduled for April 24, 2014, be continued until June 26,

6  2014 at 10:00 am.  The requested extension is not being made for purposes of delay, but to allow

7  for the parties to continue settlement negotiations.  The parties previously requested and received

8  two extensions in this matter.

9

10 Respectfully submitted this 20th day of March, 2014,

11                                           MELINDA HAAG
                                          United States Attorney

12

   s/ Stephen J. Turanchik                s/ Michael G. Pitman
13 STEPHEN J. TURANCHIK          MICHAEL G. PITMAN
   Paul Hastings LLP                      Assistant United States Attorney, Tax Division
14 515 S, Flower Street                    450 Golden Gate Ave., Box 36055
   Los Angeles, CA 90071             San Francisco, CA 94102
15 213-683-6187                            Telephone:  (415) 436-6475
   Fax: 213-996-3187                   Facsimile:  (415) 436-7009
16 Email:                                   Email:    michael.pitman@usdoj.gov
   stephenturanchik@paulhastings.com
17                                             Attorneys for the United States of America
   Attorneys for Thomas R. Keane
18 and Susan D. Keane

19

20                             [~~PROPOSED~~] ORDER

21       Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that

22 the United States of America shall have until May 23, 2014, to answer or otherwise respond to

23 Plaintiffs' Complaint.

24

STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND AND CONTINUING    2
CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CIVIL NO. 3:13-CV-05712-MEJ

1    It is further ORDERED that the Case Management Conference currently scheduled for
2 April 24, 2014 is continued until June 26, 2014 at 10:00 am.

4 SO ORDERED this  20th  day of   March        , 2014.

```
                                    _____
                                    THE HONORABLE MARIA-ELENA JAMES
                                    UNITED STATES MAGISTRATE JUDGE
```